Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−34397−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yoleine D. Blaise
    aka Yoleine Dorielan, aka Yoleine
    Dorielan−Blaise
    16 Fairway Avenue
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−7571

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    4/11/18
Time:    10:30 AM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$1347.50

EXPENSES
$17.20

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 9, 2018
JAN:

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                           Case No. 17-34397-SLM
Yoleine D. Blaise                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1        Date Rcvd: Mar 09, 2018
                            Form ID: 137             Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
db             +Yoleine D. Blaise,    16 Fairway Avenue,    West Orange, NJ 07052-2205
517210990      +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
517210991      +CitiBank, NA,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517298130       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517210992      +M&T Bank Mortgage,    Box 900,    Millsboro, DE 19966-0900
517210993      +Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
517210998      +PSEG,    Box 14444,    New Brunswick, NJ 08906-4444
517210997      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517210999      +Wells Fargo Card Service,    Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2018 22:49:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2018 22:49:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517327859       E-mail/Text: camanagement@mtb.com Mar 09 2018 22:49:32     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
517325723       E-mail/Text: bkr@cardworks.com Mar 09 2018 22:49:19     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517210994      +E-mail/Text: bkr@cardworks.com Mar 09 2018 22:49:19     Merrick Bank,    Box 1500,
                 Draper, UT 84020-1500
517210995      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 09 2018 22:49:38     Midland Funding LLC,
                 2365 Northside Drive,    Ste 30,    San Diego, CA 92108-2709
517210996       E-mail/Text: bankruptcy@onlineis.com Mar 09 2018 22:49:54     Online Collections,    Box 1489,
                 Winterville, NC 28590-1489
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Ralph A Ferro, Jr    on behalf of Debtor Yoleine D. Blaise ralphferrojr@msn.com
              Rebecca Ann Solarz    on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```