**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on April 12, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Yoleine D. Blaise

_____

| | |
|---|---|
| In Re: | ) Case No.:  17-34397 (SLM) |
| | ) |
| | ) Chapter:  13 |
| **Yoleine D. Blaise** | ) |
| | ) Judge:  **Stacey L. Meisel** |
| | ) |
| | ) |
| _____ Debtor ) | |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 12, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

**Case No.: 17-34397 (SLM)**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$1,347.50** for services rendered and expenses in the amount of **$17.20** for a total of **$1,364.70**  The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

  **X**    Plan Payments will increase

The debtor's current monthly plan payments are $350.00

Beginning May 1, 2018, monthly plan payments will increase to $374.00