Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 7, 2022

**Chapter 13 Case # 17-34397**

Re:   YOLEINE D. BLAISE  
16 FAIRWAY AVENUE  
WEST ORANGE, NJ  07052

Atty:   RALPH A. FERRO, JR., ESQ.  
66 EAST MAIN STREET - 3RD FLOOR  
LITTLE FALLS, NJ  07424

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/01/2018 | $350.00 | 4561356000  - | 02/02/2018 | $350.00 | 4641508000  - |
| 03/02/2018 | $350.00 | 4720045000  - | 04/02/2018 | $350.00 | 4801483000 |
| 05/01/2018 | $374.00 | 4876066000 | 06/04/2018 | $374.00 | 4962034000 |
| 07/02/2018 | $374.00 | 5031490000 | 08/03/2018 | $374.00 | 5123645000 |
| 09/04/2018 | $374.00 | 5197996000 | 10/02/2018 | $374.00 | 5278561000 |
| 11/02/2018 | $374.00 | 5363406000 | 12/03/2018 | $374.00 | 5438860000 |
| 01/03/2019 | $374.00 | 5513892000 | 02/04/2019 | $374.00 | 5588557000 |
| 03/04/2019 | $374.00 | 5673188000 | 04/02/2019 | $374.00 | 5749579000 |
| 05/03/2019 | $374.00 | 5832614000 | 06/03/2019 | $374.00 | 5908077000 |
| 07/02/2019 | $374.00 | 5988483000 | 08/05/2019 | $374.00 | 6066870000 |
| 09/03/2019 | $374.00 | 6146905000 | 10/02/2019 | $374.00 | 6220288000 |
| 11/04/2019 | $374.00 | 6299124000 | 12/02/2019 | $374.00 | 6373616000 |
| 01/03/2020 | $374.00 | 6450292000 | 02/05/2020 | $374.00 | 6529672000 |
| 03/02/2020 | $374.00 | 6607568000 | 04/03/2020 | $374.00 | 6686193000 |
| 05/04/2020 | $374.00 | 6764100000 | 06/02/2020 | $374.00 | 6833986000 |
| 07/06/2020 | $374.00 | 6916714000 | 08/03/2020 | $374.00 | 6978890000 |
| 09/02/2020 | $374.00 | 7059415000 | 10/01/2020 | $374.00 | 7127191000 |
| 11/03/2020 | $374.00 | 7206600000 | 12/03/2020 | $374.00 | 7281238000 |
| 01/04/2021 | $374.00 | 7349122000 | 02/02/2021 | $374.00 | 7423317000 |
| 03/02/2021 | $374.00 | 7494371000 | 04/05/2021 | $374.00 | 7573739000 |
| 05/03/2021 | $374.00 | 7646080000 | 06/04/2021 | $374.00 | 7717172000 |
| 07/06/2021 | $374.00 | 7787085000 | 08/04/2021 | $374.00 | 7857387000 |
| 09/03/2021 | $374.00 | 7924438000 | 10/04/2021 | $374.00 | 7992725000 |
| 11/03/2021 | $374.00 | 8059002000 | 12/03/2021 | $374.00 | 8123378000 |
| 01/18/2022 | $374.00 | 8211287000 | 01/31/2022 | $374.00 | 8243593000 |
| 03/02/2022 | $374.00 | 8310958000 | 04/04/2022 | $374.00 | 8382857000 |
| 05/02/2022 | $374.00 | 8439498000 | 06/03/2022 | $374.00 | 8506920000 |

**Total Receipts: $20,100.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $20,100.00**

**Chapter 13 Case # 17-34397**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,136.67 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 1,364.70 | 100.00% | 1,364.70 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CITIBANK, NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARR | 6,767.09 | 100.00% | 6,767.09 | 0.00 |
| 0004 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 856.65 | 100.00% | 853.66 | 2.99 |
| 0005 | MERRICK BANK | UNSECURED | 1,212.64 | 100.00% | 1,208.41 | 4.23 |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | ONLINE COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 8,438.03 | 100.00% | 1,104.17 | 7,333.86 |
| 0011 | WELLS FARGO CARD SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $12,434.70**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 01/13/2020 | $25.38 | 841266 | 02/10/2020 | $28.91 | 843153 |
| | 03/16/2020 | $28.91 | 845063 | 04/20/2020 | $28.90 | 847012 |
| | 05/18/2020 | $27.44 | 848901 | 06/15/2020 | $27.44 | 850586 |
| | 07/20/2020 | $28.21 | 852389 | 08/17/2020 | $28.20 | 854254 |
| | 09/21/2020 | $28.21 | 856072 | 10/19/2020 | $28.20 | 857950 |
| | 11/16/2020 | $28.21 | 859744 | 12/21/2020 | $28.20 | 861571 |
| | 01/11/2021 | $28.21 | 863345 | 02/22/2021 | $28.20 | 865043 |
| | 03/15/2021 | $28.21 | 866879 | 04/19/2021 | $28.20 | 868575 |
| | 04/19/2021 | ($28.20) | 868575 | 04/19/2021 | $28.20 | 869689 |
| | 05/17/2021 | $28.21 | 870472 | 06/21/2021 | $28.66 | 872283 |
| | 07/19/2021 | $28.66 | 874075 | 08/16/2021 | $28.67 | 875757 |
| | 09/20/2021 | $28.66 | 877500 | 10/18/2021 | $28.66 | 879271 |
| | 11/17/2021 | $28.97 | 880981 | 12/13/2021 | $28.96 | 882612 |
| | 01/10/2022 | $28.97 | 884266 | 03/14/2022 | $57.94 | 887664 |
| | 04/18/2022 | $29.42 | 889378 | 05/16/2022 | $29.42 | 891071 |
| | 06/20/2022 | $29.43 | 892767 | | | |
| LAKEVIEW LOAN SERVICING LLC | | | | | | |
| | 06/18/2018 | $308.25 | 803793 | 07/16/2018 | $353.80 | 805774 |
| | 08/20/2018 | $353.80 | 807656 | 09/17/2018 | $362.78 | 809629 |
| | 10/22/2018 | $362.78 | 811530 | 11/19/2018 | $352.68 | 813499 |
| | 12/17/2018 | $352.68 | 815372 | 01/14/2019 | $352.68 | 817289 |
| | 02/11/2019 | $352.68 | 819181 | 03/18/2019 | $352.68 | 821129 |
| | 04/15/2019 | $352.68 | 823168 | 05/20/2019 | $352.68 | 825128 |
| | 06/17/2019 | $359.04 | 827173 | 07/15/2019 | $359.04 | 829031 |
| | 08/19/2019 | $359.04 | 830935 | 09/16/2019 | $359.04 | 832989 |
| | 10/21/2019 | $368.39 | 834957 | 11/18/2019 | $354.55 | 837059 |
| | 12/16/2019 | $354.55 | 838984 | 01/13/2020 | $43.27 | 840860 |

**Chapter 13 Case # 17-34397**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MERRICK BANK | | | | | | | |
| | 01/13/2020 | $35.92 | 841519 | | 02/10/2020 | $40.93 | 843410 |
| | 03/16/2020 | $40.92 | 845327 | | 04/20/2020 | $40.91 | 847268 |
| | 05/18/2020 | $38.86 | 849118 | | 06/15/2020 | $38.84 | 850813 |
| | 07/20/2020 | $39.92 | 852632 | | 08/17/2020 | $39.93 | 854490 |
| | 09/21/2020 | $39.92 | 856328 | | 10/19/2020 | $39.93 | 858188 |
| | 11/16/2020 | $39.92 | 859975 | | 12/21/2020 | $39.93 | 861814 |
| | 01/11/2021 | $39.93 | 863565 | | 02/22/2021 | $39.92 | 865319 |
| | 03/15/2021 | $39.93 | 867108 | | 04/19/2021 | $39.92 | 868845 |
| | 05/17/2021 | $39.93 | 870721 | | 06/21/2021 | $40.57 | 872532 |
| | 07/19/2021 | $40.58 | 874308 | | 08/16/2021 | $40.57 | 875999 |
| | 09/20/2021 | $40.57 | 877756 | | 10/18/2021 | $40.57 | 879500 |
| | 11/17/2021 | $41.01 | 881211 | | 12/13/2021 | $41.00 | 882830 |
| | 01/10/2022 | $41.01 | 884478 | | 03/14/2022 | $82.01 | 887889 |
| | 04/18/2022 | $41.65 | 889625 | | 05/16/2022 | $41.65 | 891311 |
| | 06/20/2022 | $41.66 | 893016 | | | | |
| PSE&G | | | | | | | |
| | 01/13/2020 | $249.98 | 841727 | | 02/10/2020 | $284.72 | 843600 |
| | 03/16/2020 | $284.73 | 845527 | | 04/20/2020 | $284.74 | 847471 |
| | 05/18/2020 | $270.30 | 849293 | | 06/08/2020 | ($270.30) | 849293 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: July 07, 2022.

Receipts: $20,100.00     -     Paid to Claims: $9,933.33     -     Admin Costs Paid: $2,501.37     =     Funds on Hand: $7,665.30

Unpaid Balance to Claims: $7,341.08     +     Unpaid Trustee Comp: $0.00     =     Total Unpaid Balance: **($324.22)

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.